Opinion issued May 15, 2003









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-03-00052-CV

____________


AUTONATION USA CORP., Appellant


V.


JAMES LETEFF AND LAURA LETEFF, Appellees






On Appeal from the 400th District Court

Fort Bend County, Texas

Trial Court Cause No. 111,133






MEMORANDUM OPINION

 On May 1, 2003, this Court issued an order advising the parties that it had
received from the district clerk evidence that the case had been settled and that
therefore, the appeal would be dismissed for want of jurisdiction by May 12, 2003
unless the parties demonstrated that there was a live controversy. The time for any
party to respond to the order has passed and none has done so.

 Accordingly, this appeal is dismissed for want of jurisdiction.

PER CURIAM

Panel consists of Jusices Hedges, Taft, and Nuchia.